United States Courts
Southern District of Texas
FILED
March 09, 2023
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CASE NO. **4:23cr104** |
| | § | |
| vs. | § | |
| | § | |
| JEREMY JAMES JOSEPH, | § | |
| Defendant. | § | |

### **INDICTMENT**

THE GRAND JURY CHARGES THAT:

#### Count One

#### Threat by Interstate Communication - 18 U.S.C. § 875(c)

On or about January 22, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JEREMY JAMES JOSEPH,**

did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another, namely an email communication to a Harris County Probate Judge in Harris County, Texas, Harris County Probate Court staff and attorneys working before the court specifically threatening to *"rage gunfire and bombs on Harris County and on the disgusting Jews, lesbians and Spics of the Probate Court of Harris County. The Mass Shooting of California is nothing. Bodies will be purged of their blood - carcasses littering the hallways. Screams of pain and agony as chunks of flesh fly off your bodies and pieces of skull plaster the wall with the bright redness of blood I will purge this world of the corrupt and disgusting jews that defile our lives, slit the throats of ugly hag lesbians that choke our world of freedom, and*

*build a wall of guts and glory of fat spics who stuff their faces of chalupas and doughnuts. I will seek vengeance on the steps of South Beach and litter the faggots with bullets hoping to spray the disgusting homosexual that is (Harris County Probate Court employee, name omitted). And I'll throw his carcass into traffic as he gets trampled by crowds of people trying to escape the frenzy - fleeing with their lives in vain attempts as bullets land in their calves and backs. Synagogues and Churches will be next - sinners of vileness and greed and approve abortion the death of innocent babies all while fornicating in sin themselves. Mosques with the evil fucking Mohammed worshippers that come to our great country and think they can change us. I have pipe bombs equipped galore so as people run away they will encounter explosions ripping off their faces across the streets and pavements. Their screams a melody of righteousness and all that should be righted in this world. Jews, Sinners, Gluttons, and more - all finally getting justice and that is the welcomed death. COME on my journey. Build bombs and get your guns and lets take this County back and create our own purge. (Probate judge's name omitted) first on their list and they live in Meyerland. (Attorney's name omitted) in the Heights. (Attorney's name omitted) in NW. Then we take to the center of Houston and kill them all."*

In violation of Title 18, United States Code, Section 875(c).

### Count Two

### Threat by Interstate Communication - 18 U.S.C. § 875(c)

On or about January 22, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JEREMY JAMES JOSEPH,**

did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another, namely an email communication to ABC/Disney local Houston, Texas affiliate

Channel 13 television station KTRC employees threatening, *"Jeremy James Joseph Born September 29, 1982 in Texas. Stanford GSB and Rice University unhinged, manic, (sic) and ready to kill you – ABC 13 News!! . . . All of you! I HATEEEEEEEEEE! I WANT TO KILL! I WANT TO CUT YOU UP! YOU HORRIBLE PEOPLE! . . . I HAVE A GUN AND IM OUTSIDE YOUR STATION NOW IN A CAR WAITING. WAITING FOR THE MOMENT TO KILL YOU ALL. I hate your station ABC 13. Disgusted by you. Every time I see you. Your breaking news. I imagine ripping your jaw off your skull. Assault rifle. Semi-Automatic. I bought off Craigslist. I practiced on kittens and puppies. They squealed as the bullets rained on them. I imagine you squealing too as I pump round into you. No more breaking news! I am going to stop you now!"*

In violation of Title 18, United States Code, Section 875(c).

## Count Three

### Threat by Interstate Communication - 18 U.S.C. § 875(c)

On or about January 22, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JEREMY JAMES JOSEPH,**

did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another, namely an email communication to Rice University and the Houston Chronicle threatening, *"I have guns. I have pipe bombs. It's not justice. It's desire. I will come and kill you all while you slave away on a Monday. Busy with "Catch-up Meetings" the bombs will slay. Your blood will spray and I'll say "Yah."*

In violation of Title 18, United States Code, Section 875(c).

## Count Four

**Threat by Interstate Communication - 18 U.S.C. § 875(c)**

On or about January 22, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**JEREMY JAMES JOSEPH,**

did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another, namely an email communication to Houston Methodist Hospital threatening, *"I've got guns. I've got bullets. I'm going to come up there and kill you all," "I have pipe bombs that I have placed on the perimeter," "I have a nurse uniform and a badge from a n***** I've killed here in Houston already. Guns off Craigslist [sic]. Now I just need Houston Methodist Employee's blood . . . I am crying now. Smoking meth! Going to kill you. I am in a car looking and you are not in the hospital yet, but I will get you when you go in. All of you die die die die."*

In violation of Title 18, United States Code, Section 875(c).

TRUE BILL:

Original Signature on File

THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney


*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney